UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
JUDGE CHARLES ESKRIDGE

United States Courts
Southern District of Texas
FILED

JAN 27 2023

CIVIL ACTION No. 4:22-cv-02920

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| CHEMEKA ALEXANDER | § | U.S. DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | |
| MCCARTHY & HOLTHUS LLP, | § | JURY TRIAL **DEMANDED** |
| GUILD MORTGAGE COMPANY, | | |
| and RYSE INVESTMENTS LLC | | |
| Defendant(s) | | ____4___ DISTRICT COURT |

## EMERGENCY MOTION FOR STAY ON WRIT OF POSSESSION

Plaintiff, Chemeka Alexander, by and through undersigned pursuant to the Texas Rules of Civil Procedure, hereby files and serves her Motion for Stay on the Writ of Possession, and states as follows:

1. I Chemeka: Alexander HEREBY, declare a sworn statement was filed on November 2, 2022 for record in The Justice of the Peace Court system Case No. 223100360447 stating I allege the Plaintiff's Shajuiet Moneak Weaver of Ryse Investments LLC's eviction suit is based on a deed executed in regards to a transaction in **Violation, to 21A Business and Commerce Code, Pursuant to Chapter 24 of the Texas Property Code Pursuant to Sec. 24.004 JURISDICTION; DISSMISAL (b)**

2. **There is a currently pending case:** CIVIL ACTION No. 4:22-cv-02920 in the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION JUDGE CHARLES ESKRIDGE

Location:

Federal Courthouse
515 Rusk St
Houston, Texas 77002

**WHEREFORE**, Plaintiff respectfully request that this honorable court enter an order granting this motion and for any other relief as this court may deem just and proper.

Respectfully submitted,

*[signature]*

Chemeka-N:Alexander

Case No. 223100360447   Exhibit (A -1)

| | | |
|---|---|---|
| Ryse Investments LLC<br>Plaintiff<br><br>Vs<br><br>Chemeka Alexander<br>Defendant | }<br>}<br>}<br>}<br>}<br>}<br>} | IN THE JUSTICE COURT OF<br>HARRIS COUNTY, TEXAS<br>PRECINCT 3 PLACE 1 |

## Affidavit of Violation, Pursuant to 21A Business and Commerce Code.
## Sworn Statement

Before me the undersigned notary, on this day personally appeared Chemeka-N: Alexander, the affiant whose identity has been acknowledged by me. After I administered an oath, affiant testifies as follows:

My name is Chemeka-N: Alexander. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I allege the Plaintiff's Shajuiet Moneak Weaver of Ryse Investments LLC's eviction suit is based on a deed executed in regards to a transaction in **Violation, to 21A Business and Commerce Code, Pursuant to Chapter 24 of the Texas Property Code**

2. The owner of Ryse Investments was given Actual Notice of this violation, by the Grantor prior to making valuable consideration.

3. I am the authorized agent and attorney-in-fact of record for Chemeka N Alexander legal entity & Plaintiff in Federal District Southern Court of Texas in a Wrongful Foreclosure Legal Action Case No. CV-02920 against Defendants, Guild Mortgage Company, McCarthy & Holthus LLC and Ryse Investments LLC.

4. I am a real party in interest and contain firsthand knowledge in the subject matter.

5. Ryse Investments LLC is a 3rd party to the Legal action in Federal District Court, pursuant to Complicit actions against the Grantor despite being informed first-hand by the Grantor, of the violations against the voidable deed.

6. In addition to filling a Notice of Lien with the Secretary of State, a Lien has been recorded in the Harris County Clerk Recorder's Office regarding all transactions and fixtures regarding the described property:

    a. Lot 13, Block2, Waters Edge Sec. 15, A subdivision in Harris County, Texas, according to the MAP pr PLAT Therefore recorded in Film Code No. 659214 of the map and or Plat Records, Harris County Texas.

7. Since discovering the **Violation, Pursuant to 21A Business and Commerce Code.**, I have commenced numerous Claims and actions with Government Bureau Officials to report the violation, of which are pending current investigation. Among this I have also filed a Civil Action, claim in recoupment, adverse action, claimed the credits issued with the IRS. I have opened investigation with the Washington DC Remittances office. I am presently in progress of complaint with the Attorney General Office regarding this violation. I have rebutted the affidavit of sale in public records as well. I have also by sworn, affidavit under penalty of perjury, withdrawn, annulled, terminated, and rescinded any Powers of Attorney along with my signature from the deed, all filed in the State of Texas, Harris County Recorder's Office.

FURTHERMORE, AFFIANT SAYETH NAUGHT

State of Texas
County of Harris

All Rights Reserved

By: _____

Chemeka-N: Alexander, OWNER, affiant

SUBSCRIBED AND SWORN TO me by, *Chemeka Alexander*, affiant acknowledged by me on this __1__, day of November, 2022 to certify which witnessed my hand and seal of office.

_____
Notary Public

JULIE P HEPPLER
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 10/13/26
NOTARY ID 12995876-8

## Certificate of Service

I certify that a true and correct copy of this document was served in accordance with Federal Rules of Civil Procedure on the following 27th day of January 2023.

Delivered Via Email:

Ramona V. Ladwig
McCarthy & Holthus LLP
1255 W 15th St
Plano, Texas 75075
214-291-3781
Email:rladwig@mccarthyholthus.com

Valerie Anne Henderson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street
Suite 3700
Houston, TX 77010
713-650-9700
fax: 713-650-9701
email:vhenderson@bakerdonelson.com

Kirsten Diane Vesel
Baker Donelson
1301 McKinney Street
Ste. 3700
Houston, TX 77010
713-286-7164
Email:kvesel@bakerdonelson.com

Wyatt J Holtsclaw
2060 North Loop West, ste 223
Houston, Texas 77018
Contact 713-955-2273
wholetsclaw@silblawfirm.com
State bar No. 24120898

_[signature]_

Chemeka: Alexander
17112 Nulakewest Ct
Houston, Texas 77044
Email: chemeka.alexander.legal@gmail.com
Contact: 832-896-9472

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
JUDGE CHARLES ESKRIDGE

CIVIL ACTION No. 4:22-cv-02920

| | | |
|---|---|---|
| CHEMEKA ALEXANDER | § | U.S. DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | |
| MCCARTHY & | § | |
| HOLTHUS LLP, | | |
| GUILD MORTGAGE COMPANY, | | |
| and RYSE INVESTMENTS LLC | | |
| Defendant(s) | | ____4___ DISTRICT COURT |

**PLAINTIFF CHEMEKA: ALEXANDER'S EMERGENCY MOTION FOR STAY ON WRIT OF POSSESSION**

---

The Plaintiff's Motion For Stay is hereby GRANTED.

It is so ORDERED on this _____ day of _____, 2023

HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE