United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAMEKA ALEXANDER,     § | |
| *Plaintiff*,     § | |
| § | |
| v.     § | CIVIL ACTION NO. 4:22-CV-2920 |
| § | |
| MCCARTHY & HOLTHUS, LLP, ET AL.,     § | |
| *Defendants*.     § | |

## MEMORANDUM AND RECOMMENDATION

This case is before the Court on Plaintiff's Motion to Set Aside Wrongful Foreclosure. ECF 8. The Motion seeks the same relief as Plaintiff's Complaint and does not attach additional evidence. Plaintiff's Motion is reasonably construed as either an amended complaint or a motion for judgment on the pleadings. To the extent the Motion, filed on September 16, 2023, is construed as an amended complaint, it was superceded by the "First Amended Original Petition" that Plaintiff filed on September 23, 2022. *Stewart v. City of Houston Police Dep't*, 372 F. App'x 475, 478 (5th Cir. 2010) (explaining that an amended complaint supersedes the original complaint). Further, to the extent the Motion is construed as a Motion for Judgment on the Pleadings, it is without merit because the Court has concluded in Memoranda and Recommendations issued this day that Plaintiff cannot state a plausible claim of wrongful foreclosure.

The Court therefore RECOMMENDS that Plaintiff's Motion to Set Aside Wrongful Foreclosure (ECF 8) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on April 06, 2023, at Houston, Texas.

Christina A. Bryan<br>
United States Magistrate Judge