United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHEMEKA N. ALEXANDER, | § § | CIVIL ACTION NO 4:22-cv-02920 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MCCARTHY & HOLTHUS LLP *et al*, | § § | |
| Defendants. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Chemeka Alexander, proceeding *pro se*, filed a complaint against multiple defendants after her house was sold at a foreclosure sale. Dkt 1. Plaintiff subsequently filed a motion to set aside foreclosure seeking the same relief requested in her complaint. Dkt 8.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that, to the extent the motion constitutes a request for judgment on the pleadings, it should be denied because Plaintiff can't state a plausible claim for wrongful foreclosure. Dkt 47.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Objections were due by April 20, 2023. Dkt 47. Plaintiff filed late objections on May 18, 2023. Dkt 53.

Objections by the Plaintiff are waived due to their late filing. Regardless, the objections are found to lack merit upon *de novo* review and determination. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Plaintiff Chemeka N. Alexander to the Memorandum and Recommendation are OVERRULED as untimely. Dkt 53.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 47.

The Motion by Plaintiff to Set Aside Wrongful Foreclosure is DENIED. Dkt 8.

SO ORDERED.

Signed on June 21, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge