United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMEKA N. ALEXANDER, | § § | CIVIL ACTION NO 4:22-cv-02920 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| MCCARTHY & HOLTHUS LLP, *et al*, Defendants. | § § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Chemeka Alexander, proceeding *pro se*, filed a complaint against multiple defendants after her house was sold at a foreclosure sale. Dkt 1. Defendant Guild Mortgage Company, LLP subsequently filed a motion to dismiss. Dkt 18.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that the motion be granted because Plaintiff can't state a plausible claim for wrongful foreclosure, breach of fiduciary duty, fraud, breach of contract, violation of federal statutes, slander of title, or infliction of emotional distress, and it would be futile to grant leave to amend. Dkt 48.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Objections were due by April 20, 2023. Dkt 48. Plaintiff filed late objections on May 18, 2023. Dkt 54.

Objections by the Plaintiff are waived due to their late filing. Regardless, the objections are found to lack merit upon *de novo* review and determination. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Plaintiff Chemeka N. Alexander to the Memorandum and Recommendation are OVERRULED as untimely. Dkt 54.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 48.

The Motion to Dismiss by Defendant Guild Mortgage Company, LLP is GRANTED. Dkt 18. Plaintiff's claims against Defendant Guild Mortgage Company, LLP are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on June 21, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge