United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMEKA N. ALEXANDER, | § § | CIVIL ACTION NO 4:22-cv-02920 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| MCCARTHY & HOLTHUS LLP, *et al*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Chemeka Alexander, proceeding *pro se*, filed a complaint against multiple defendants after her house was sold at a foreclosure sale. Dkt 1. Defendant McCarthy & Holthus, LLP, which acted as substitute trustee for purposes of the foreclosure sale, subsequently filed a motion to dismiss. Dkt 17.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that to the motion be granted because Plaintiff can't state a plausible claim for wrongful foreclosure, violation of federal statutes, slander of title, or infliction of emotional distress, and it would be futile to grant leave to amend. Dkt 49.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Objections were due by April 20, 2023. Dkt 49. Plaintiff filed late objections on May 18, 2023. Dkt 55.

Objections by the Plaintiff are waived due to their late filing. Regardless, the objections are found to lack merit upon *de novo* review and determination. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Plaintiff Chemeka N. Alexander to the Memorandum and Recommendation are OVERRULED as untimely. Dkt 55.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 49.

The Motion to Dismiss by Defendant McCarthy & Holthus, LLP is GRANTED. Dkt 17. Plaintiff's claims against Defendant McCarthy & Holthus, LLP are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed on June 21, 2023, at Houston, Texas.

*/s/ Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge