United States District Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas

| | | |
|---|---|---|
| CHEMEKA N. ALEXANDER, | § § § § § | Civil Action No 4:22-cv-02920 |
| Plaintiff, | | |
| vs. | § § § | Judge Charles Eskridge |
| MCCARTHY & HOLTHUS LLP, *et al*, | § § § | |
| Defendants. | § | |

## Final Judgment

In accordance with the Orders adopting the recommendations of the Magistrate Judge entered this same date, this civil action is DISMISSED WITH PREJUDICE. See Dkts 59, 60, 61 & 62.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 21, 2023 at Houston, Texas.

Hon. Charles Eskridge
United States District Judge